United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-12872-elf
Eduardo A. Cabrera-Soriano                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv                 Page 1 of 2              Date Rcvd: May 16, 2018
                              Form ID: 309I             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db            +Eduardo A. Cabrera-Soriano,    7165 Charles Street,    Philadelphia, PA 19135-1001
14098953     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance Corp.,    201 Little Falls Drive,
              Wilmington, DE 19808)
14098952      +American Heritage FCU,    3110 Grant Avenue,    Philadelphia, PA 19114-2542
14098954      +American Independent Insurance Company,    1400 Union Meeting Road,   Suite 250,
              Blue Bell, PA 19422-1952
14098955      +Authentic Bartending School,    c/o CCA, Inc.,    P.O. Box 641007,   Chicago, IL 60664-1007
14098959       City of Philadelphia,    Department of Finance,    P.O. Box 56318,   Philadelphia, PA 19130-6318
14098948      +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
              Norristown, PA 19401-4807
14098962      +Enhanced Recovery Corporation,    10550 Deerwood Park Blvd.,    Suite 600,
              Jacksonville, FL 32256-2811
14098964      +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
14098968      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
              Philadelphia, PA 19106-1538
14098969      +Law Offices of Mitchell N. Kay,    7 Penn Plaza,    New York, NY 10001-3967
14098971      +MRS Associates, Inc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14098970      +Michael F. Ratchford, Esquire,    Ratchford Law Group, PC,    409 Lackawanna Avenue, Suite 320,
              Scranton, PA 18503-2059
14098973       Northstar Location Services,    4285 Genesee Street,    Cheektowaga, NY 14225-1943
14098976      +Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-4021
14098979      +Temple Emergency Physicians,    3401 N. Broad Street,    Philadelphia, PA 19140-5103
14098984      +Village of Pennbrook,    9071 Millcreek Road,    Suite 1600,   Levittown, PA 19054-4299
14098965      +hhgregg,    2100 Center Square Road,    Suite 300,    Swedesboro, NJ 08085-4540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: spitofskybk@verizon.net May 17 2018 02:21:18     DAVID B. SPITOFSKY,
              Law Office of David B. Spitofsky,    516 Swede Street,    Norristown, PA 19401
tr            +E-mail/Text: bncnotice@ph13trustee.com May 17 2018 02:23:48     WILLIAM C. MILLER, Esq.,
              Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:13     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:08
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 17 2018 02:22:29     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14104159       EDI: HNDA.COM May 17 2018 05:58:00      American Honda Finance Corporation,
              National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14098951       EDI: AFNIRECOVERY.COM May 17 2018 05:58:00      Afni, Inc.,    404 Brock Drive,   P.O. Box 3427,
              Bloomington, IL 61702-3427
14098956       EDI: BANKAMER.COM May 17 2018 05:58:00      Bank of America,    P.O. Box 53132,
              Phoenix, AZ 85072-3132
14098958       EDI: CHRYSLER.COM May 17 2018 05:58:00      Chrysler Financial,    P.O. Box 9223,
              Farmington Hills, MI 48333-9223
14098957       EDI: CAPITALONE.COM May 17 2018 05:58:00      Capital One Bank USA, N.A.,    P.O. Box 30281,
              Salt Lake City, UT 84130-0281
14098960      +EDI: CCS.COM May 17 2018 05:58:00      Credit Collection Services,    Two Wells Avenue,
              Newton, MA 02459-3246
14098961       EDI: ESSL.COM May 17 2018 05:58:00      Dish Network,    Dept. 0063,   Palatine, IL 60055-0063
14098963       EDI: AMINFOFP.COM May 17 2018 05:58:00      First Premier Bank,    P.O. Box 5147,
              Sioux Falls, SD 57117-5147
14098950      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 17 2018 02:22:29     Frederic J. Baker, Esquire,
              Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14098967       EDI: IRS.COM May 17 2018 05:58:00      Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
14098972      +E-mail/Text: egssupportservices@alorica.com May 17 2018 02:22:40     NCO Financial,
              507 Prudential Road,    Horsham, PA 19044-2308
14098974      +E-mail/Text: blegal@phfa.org May 17 2018 02:22:31     PA Housing Finance Agency,
              211 North Front Street,    P.O. Box 15057,    Harrisburg, PA 17105-5057
14099420      +EDI: PRA.COM May 17 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14098977      +EDI: RMSC.COM May 17 2018 05:58:00      Synchrony Bank,    P.O. Box 965036,
              Orlando, FL 32896-5036
14098978       EDI: AISTMBL.COM May 17 2018 05:58:00      T-Mobile,    P.O. Box 53410,   Bellevue, WA 98015
14098980      +E-mail/Text: bankruptcynotices@cbecompanies.com May 17 2018 02:22:52     The CBE Group, Inc.,
              1309 Technology Parkway,    Cedar Falls, IA 50613-6976
14098981      +E-mail/Text: bankruptcydepartment@tsico.com May 17 2018 02:23:41     Transworld Systems Inc.,
              507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0313-2            User: dlv                   Page 2 of 2                   Date Rcvd: May 16, 2018
                                Form ID: 309I               Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14098982        +EDI: VERIZONCOMB.COM May 17 2018 05:58:00      Verizon Pennsylvania,    500 Technology Drive,
                 Weldon Springs, MO 63304-2225
14098983         EDI: VERIZONCOMB.COM May 17 2018 05:58:00      Verizon Wireless,    P.O. Box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14098949*       +Eduardo A. Cabrera-Soriano,    7165 Charles Street,    Philadelphia, PA 19135-1001
14098966       ##+Imperial Credit Systems, Inc.,    125 N. Parkside Drive,    Suite 302,
                 Colorado Springs, CO 80909-7025
14098975       ##+Sleep Pointe,    1841 N. Rock Road Court,    Suite 100,   Wichita, KS 67206-4210
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Eduardo A. Cabrera-Soriano spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 4
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Eduardo A. Cabrera–Soriano** | Social Security number or ITIN | **xxx–xx–5877** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  13 | **4/28/18** |
| Case number: | **18–12872–elf** | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eduardo A. Cabrera–Soriano | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7165 Charles Street<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID B. SPITOFSKY<br>Law Office of David B. Spitofsky<br>516 Swede Street<br>Norristown, PA 19401 | Contact phone (610) 272–4555<br>Email:  spitofskybk@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 5/16/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 25, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/24/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/7/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/25/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1029.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/24/18** at **10:00 AM**, Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |