United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                      Case No. 18-12872-elf
Eduardo A. Cabrera-Soriano                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1               Date Rcvd: Aug 09, 2018
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.
db            +Eduardo A. Cabrera-Soriano,    7165 Charles Street,    Philadelphia, PA 19135-1001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:
      DAVID B. SPITOFSKY    on behalf of Debtor Eduardo A. Cabrera-Soriano spitofskybk@verizon.net, spitofskylaw@verizon.net
      KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **EDUARDO A. CABRERA-SORIANO** | : | |
| | : | |
| **DEBTOR** | : | **NO. 18-12872 (ELF)** |

## ORDER APPROVING COUNSEL FEE

Upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED** that the Application is **GRANTED** and compensation of **$5,000.00** is **ALLOWED** to Debtor's counsel. The balance as stated in the Application, in the amount of **$4,000.00**, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

Date: 8/9/18

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**