United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-12872-elf

Eduardo A. Cabrera-Soriano     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Dec 14, 2021     Form ID: pdf900     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eduardo A. Cabrera-Soriano, 7165 Charles Street, Philadelphia, PA 19135-1001 |
| 14098953 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 14098952 | + | American Heritage FCU, 3110 Grant Avenue, Philadelphia, PA 19114-2542 |
| 14098954 | + | American Independent Insurance Company, 1400 Union Meeting Road, Suite 250, Blue Bell, PA 19422-1952 |
| 14098955 | + | Authentic Bartending School, c/o CCA, Inc., P.O. Box 641007, Chicago, IL 60664-1001 |
| 14098956 | | Bank of America, P.O. Box 53132, Phoenix, AZ 85072-3132 |
| 14098958 | ++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310 address filed with court:, Chrysler Financial, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14098959 | | City of Philadelphia, Department of Finance, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14098948 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14098962 | + | Enhanced Recovery Corporation, 10550 Deerwood Park Blvd., Suite 600, Jacksonville, FL 32256-2811 |
| 14098963 | | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14098966 | + | Imperial Credit Systems, Inc., 125 N. Parkside Drive, Suite 302, Colorado Springs, CO 80909-7025 |
| 14098968 | + | KML Law Group, P.C., Suite 5000 Mellon Indep. Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14098969 | + | Law Offices of Mitchell N. Kay, 7 Penn Plaza, New York, NY 10001-3967 |
| 14098971 | + | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14098970 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14098973 | | Northstar Location Services, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14098975 | + | Sleep Pointe, 1841 N. Rock Road Court, Suite 100, Wichita, KS 67206-4210 |
| 14098976 | + | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-4021 |
| 14098979 | + | Temple Emergency Physicians, 3401 N. Broad Street, Philadelphia, PA 19140-5103 |
| 14098984 | + | Village of Pennbrook, 9071 Millcreek Road, Suite 1600, Levittown, PA 19054-4299 |
| 14098965 | + | hhgregg, 2100 Center Square Road, Suite 300, Swedesboro, NJ 08085-4540 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 14 2021 23:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 14 2021 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 14 2021 23:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 23:39:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14104159 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2021 23:37:00 | American Honda Finance Corporation, National |

Case 18-12872-elf    Doc 30    Filed 12/16/21    Entered 12/17/21 00:32:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14098951 | | Email/Text: EBNProcessing@afni.com | Dec 14 2021 23:37:00 | Afni, Inc., 404 Brock Drive, P.O. Box 3427, Bloomington, IL 61702-3427 |
| 14098958 | | Email/Text: jaxbanko@td.com | Dec 14 2021 23:37:00 | Chrysler Financial, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14098957 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 23:40:02 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14098960 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2021 23:37:00 | Credit Collection Services, Two Wells Avenue, Newton, MA 02459-3225 |
| 14098961 | | Email/Text: Bankruptcy.Consumer@dish.com | Dec 14 2021 23:37:00 | Dish Network, Dept. 0063, Palatine, IL 60055-0063 |
| 14098963 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 14 2021 23:40:02 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 14098950 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 14 2021 23:37:00 | Frederic J. Baker, Esquire, Office of U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| 14098964 | | Email/Text: GCSBankruptcy@gcserv.com | Dec 14 2021 23:37:00 | GC Services, 6330 Gulfton, Houston, TX 77081 |
| 14098967 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2021 23:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14122099 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 23:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14098972 | + | Email/Text: egssupportservices@alorica.com | Dec 14 2021 23:37:00 | NCO Financial, 507 Prudential Road, Horsham, PA 19044-2308 |
| 14098974 | + | Email/Text: blegal@phfa.org | Dec 14 2021 23:37:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 14110489 | + | Email/Text: blegal@phfa.org | Dec 14 2021 23:37:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14160642 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 23:40:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14099420 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2021 23:40:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14098977 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 23:39:52 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14098978 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 14 2021 23:40:02 | T-Mobile, P.O. Box 53410, Bellevue, WA 98015 |
| 14098980 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 14 2021 23:37:00 | The CBE Group, Inc., 1309 Technology Parkway, Cedar Falls, IA 50613-6976 |
| 14098981 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 14 2021 23:37:00 | Transworld Systems Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 14098982 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2021 23:37:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Springs, MO 63304-2225 |
| 14098983 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 14 2021 23:37:00 | Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

Case 18-12872-elf    Doc 30    Filed 12/16/21    Entered 12/17/21 00:32:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: pdf900 | Total Noticed: 46 |

14098949    *+    Eduardo A. Cabrera-Soriano, 7165 Charles Street, Philadelphia, PA 19135-1001

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID B. SPITOFSKY | on behalf of Debtor Eduardo A. Cabrera-Soriano spitofskybk@verizon.net  spitofskylaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EDUARDO A CABRERA-SORIANO | Chapter 13 |
| Debtor | Bankruptcy No. 18-12872-ELF |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Date: December 14, 2021

_____
Honorable Eric L. Frank
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
EDUARDO A CABRERA-SORIANO

7165 CHARLES STREET

PHILADELPHIA, PA 19135